JD-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THA TOUCH, | ) Case No. 2:24-cv-08940-JC |
|  Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| LELAND DUDEK[1], | ) |
| Acting Commissioner of Social Security, | ) |
|  Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings, and final judgment be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, consistent with the Stipulation to Remand.

DATED: March 4, 2025

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek, the current Acting Commissioner of Social Security, is substituted in as the defendant in this suit.