John Metsker, Esq., CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THA TOUCH,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK BISIGNANO[1],<br><br>　　　　　Defendant. | Case No. 2:24-cv-08940-JC<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 (Doc. No. 19)** |

　　The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND THREE HUNDRED EIGHTY NINE DOLLARS AND THIRTY EIGHT CENTS ($5,389.38) pursuant to 28 U.S.C. § 2412(d) and FOUR

//

//

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Commissioner Frank Bisignano is hereby substituted as the Defendant in this action.

HUNDRED FIVE DOLLARS AND NO CENTS ($405.00) in costs pursuant to 28 U.S.C. § 1920, subject to the terms of the parties' stipulation.

DATE: May 29, 2025

                                      /s/
                    HONORABLE JACQUELINE CHOOLJIAN
                    UNITED STATES MAGISTRATE JUDGE